1  TRABACK & DuBOIS
   WILLIAM H. DuBOIS
2  1611 Telegraph Ave., Suite 1100
   Oakland, CA 94611
3  Telephone: (510) 835-8005
   Facsimile:  (510) 444-1369
4  web: www.TrabackDuBois.com

5  TAMOR & TAMOR
   RICHARD A. TAMOR
6  1901 Harrison, 9th Floor
   Oakland, CA 94612
7  Telephone:  (510) 874-4170
   Facsimile:   (510) 874-4174
8  web: www.TamorLaw.com

9  Attorneys for Defendant GARY ROSS

FILED
JAN 1 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-06-00637 SBA (WDB) |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION FOR ORDER PERMITTING TRAVEL TO SEATTLE, WASHINGTON FROM JANUARY 21, 2007 TO JANUARY 24, 2007, FOR EMPLOYMENT ORIENTATION; [PROPOSED] ORDER |
| GARY ROSS, | |
| Defendant. | |

Defendant GARY ROSS respectfully requests an Order allowing him to travel to Seattle, Washington from January 21, 2007, to January 24, 2007, for orientation and meetings for a new employment position.

1. U.S. Pre-Trial Services is currently supervising Mr. Ross who is residing in San Francisco under electronic home monitoring. To date, Mr. Ross has fulfilled all the conditions

cc: WDB's Stats, Copy to parties via ECF, Lisa Clark, Pretrial, Financial

1 of his pre-trial release.

2. Shortly after and because of his arrest in the instant matter, Mr. Ross lost his position as a vice-president for a Fortune 500 Company.

3. Mr. Ross has recently received and accepted a position in San Francisco with a Seattle, Washington based consulting firm. As part of this employment, Mr. Ross is required to attend an orientation and meetings in Seattle, Washington from the morning of January 22, 2007, to the close of business January 24, 2007.

4. On January 9, 2007, I spoke with Assistant United States Attorney Shashi Kewalramani, who is assisting Assistant United States Attorney Michelle Morgan-Kelly in the prosecution of this matter. AUSA Kewalramani stated that he has no objection to the requested travel as long as I provided him proof of the employment offer and orientation/meetings in Seattle Washington.

5. On January 10, 2007, I faxed to AUSA Kewalrami documentation of both Mr. Ross's employment offer and the orientation/meetings in Seattle, Washington. I also faxed a copy of these documents to Mr. Ross's Pre-Trial Services Officer, Rich Sarlatte.

6. Also on January 10, 2007, I spoke with Mr. Sarlatte. Mr. Sarlatte stated that he did not have any objection with Mr. Ross's requested travel as long as Mr. Ross provided him with his complete itinerary and contact information prior to January 21, 2007.

Dated: January 11, 2007

Respectfully Submitted,
TAMOR & TAMOR

_____/s/_____
By: Richard A. Tamor, Esq.
Attorneys for Defendant,
Gary Ross

Application for Order Permitting Travel

*US v. Gary Ross*, 06-00637 SBA

# ORDER

FOR GOOD CAUSE SHOWN,

Defendant, GARY ROSS'S APPLICATION FOR ORDER PERMITTING TRAVEL TO SEATTLE, WASHINGTON FROM JANUARY 21, 2007 TO JANUARY 24, 2007, FOR EMPLOYMENT ORIENTATION is GRANTED.

Mr. Ross is ORDERED to provide his full itinerary and contact information while in Seattle, Washington to the U.S. Pre-Trial Services Office prior to January 21, 2007. All other terms and conditions of Mr. Ross's release shall remain the same.

Dated: January 12, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge

Application for Order Permitting Travel

*US v. Gary Ross*, 06-00637 SBA