TRABACK & DuBOIS
WILLIAM H. DuBOIS
1611 Telegraph Ave., Suite 1100
Oakland, CA 94611
Telephone: (510) 835-8005
Facsimile: (510) 444-1369
web: www.TrabackDuBois.com

TAMOR & TAMOR
RICHARD A. TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant GARY ROSS

FILED
FEB 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-06-00637 SBA (WDB) |
|---|---|
| Plaintiff, | |
| vs. | **APPLICATION FOR ORDER PERMITTING TRAVEL TO MENDOCINO COUNTY; [PROPOSED] ORDER** |
| GARY ROSS, | |
| Defendant. | |

Defendant GARY ROSS respectfully requests an Order allowing him to travel to Mendocino County from February 16, 2007, to February 18, 2007, for his wedding anniversary.

1. U.S. Pre-Trial Services is currently supervising Mr. Ross who is residing in San Francisco under electronic home monitoring. To date, Mr. Ross has fulfilled all the conditions of his pre-trial release.

2. Mr. Ross and his wife, who is also a surety and custodian for Mr. Ross while on pre-

cc: WDB's stats, Copy to parties via ECF, Lisa, Pretrial, Financial

1 | trial release, would like to travel to Mendocino County on February 16, 2007, to February 18,
2 | 2007, for their wedding anniversary.
3 |     3. I have communicated with Assistant United States Attorney Michelle Morgan-Kelly,
4 | the prosecutor assigned to this matter, about Mr. Ross' request and AUSA Morgan Kelly stated
5 | that she has no objection to the requested travel.
6 |     4. I have also communicated with Mr. Allen Lew, who is the U.S. Pre-Trial Services
7 | Officer currently supervising Mr. Ross, and Mr. Lew stated that he did not have any objection
8 | with Mr. Ross's requested travel as long as Mr. Ross provided him with his complete itinerary
9 | and contact information prior to January 16, 2007.

Dated: February 8, 2007

Respectfully Submitted,
TAMOR & TAMOR

_____/s/_____
By: Richard A. Tamor, Esq.
Attorneys for Defendant,
Gary Ross

///
///
///
///
///
///
///
///
///

Application for Order Permitting Travel

*US v. Gary Ross*, 06-00637 SBA

# ORDER

FOR GOOD CAUSE SHOWN,

Defendant, GARY ROSS'S APPLICATION FOR ORDER PERMITTING TRAVEL TO MENDOCINO COUNTY FROM FEBRUARY 16, 2007 TO FEBRUARY 18, 2007, is GRANTED.

Mr. Ross is ORDERED to provide his full itinerary and contact information while in Mendocino County to the U.S. Pre-Trial Services Office prior to February 16, 2007, 2007. All other terms and conditions of Mr. Ross's release shall remain the same.

Dated: February 13, 2007

Hon. Wayne D. Brazil
United States Magistrate Judge

Application for Order Permitting Travel

US v. Gary Ross, 06-00637 SBA