TRABACK & DuBOIS
WILLIAM H. DuBOIS
1611 Telegraph Ave., Suite 1100
Oakland, CA 94611
Telephone: (510) 835-8005
Facsimile: (510) 444-1369
web: www.TrabackDuBois.com

TAMOR & TAMOR
RICHARD A. TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant GARY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  CR-06-00637 SBA (WDB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION FOR ORDER PERMITTING TRAVEL TO CARMEL, CALIFORNIA; [PROPOSED] ORDER**  AMENDED |
| GARY ROSS, | ) |
| Defendant. | ) |

   Defendant GARY ROSS respectfully requests an Order allowing him to travel to Mendocino County from May 25, 2007, to May 28, 2007, for the Memorial Day Weekend.

   1. U.S. Pre-Trial Services is currently supervising Mr. Ross who is residing in San Francisco under electronic home monitoring.  To date, Mr. Ross has fulfilled all the conditions of his pre-trial release.

   2. Mr. Ross and his wife, who is also a surety and custodian for Mr. Ross while on pre-

trial release, would like to travel to Carmel, California on May 25, 2007, to May 28, 2007, for the Memorial Day Weekend.

     3.   Assistant United States Attorney Michelle Morgan-Kelly, the prosecutor assigned to this matter, has no objection to the requested travel as long as the U.S. Pre-Trial Services Office has no objection.

     4. Mr. Richard Sarlatte, who is the U.S. Pre-Trial Services Officer currently supervising Mr. Ross, does not have any objection with Mr. Ross's requested travel as long as Mr. Ross provides him with his complete itinerary and contact information prior to May 25, 2007.

Dated: May 16, 2007

Respectfully Submitted,
TAMOR & TAMOR

_____/s/_____
By: Richard A. Tamor, Esq.
Attorneys for Defendant,
Gary Ross

///
///
///
///
///
///
///
///
///

**ORDER**

Application for Order Permitting Travel

*US v. Gary Ross*, 06-00637 SBA

1  **FOR GOOD CAUSE SHOWN,**

2  **Defendant, GARY ROSS'S APPLICATION FOR ORDER PERMITTING TRAVEL TO CARMEL, CALIFORNIA FROM ~~FEBRUARY 16~~, MAY 25, 2007 TO ~~FEBRUARY 18~~ MAY 28, 2007, is GRANTED.**

Mr. Ross is ORDERED to provide his full itinerary and contact information while in Carmel, California to the U.S. Pre-Trial Services Office prior to May 5, 2007.  All other terms and conditions of Mr. Ross's release shall remain the same.

**Dated: May  17 , 2007**



Hon.
United States Magistrate Judge

Application for Order Permitting Travel

*US v. Gary Ross*, 06-00637 SBA