JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
KESLIE STEWART (CABN 184090)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637–3680
   Facsimile: (510) 637-3724
   E-Mails:   Andrew.Huang@usdoj.gov
              Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00637 SBA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | VACATING MARCH 31, 2008 TRIAL DATE |
| | ) | AND CONTINUING TO A TRIAL SETTING |
| GARY WAYNE ROSS, | ) | HEARING ON APRIL 8, 2008 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

This matter is currently set for trial on March 31, 2008, with a pretrial conference hearing set for March 18, 2008, and motions in limine and responses due March 4 and March 11, 2008, respectively. The parties jointly stipulate and request that the above dates be vacated and the matter continued to April 8, 2008 at 9:00 a.m. for trial setting, and further request that the time between March 6, 2008 and April 8, 2008, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) to allow the defendant continuity of counsel. Defense counsel is unavailable, because he is currently in trial on another matter.

For the foregoing reasons, the parties stipulate and agree that the ends of justice served

1  by this continuance outweigh the best interest of the public and the defendant
2  in a speedy trial, because the failure to grant such a continuance would unreasonably deny the
3  defendant continuity of counsel, taking into account the exercise of due diligence.  The parties
4  therefore stipulate and agree that this period of time should be excluded under the Speedy Trial
5  Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

**SO STIPULATED.**

Dated:        March 6, 2008
                                          /s/
                                   KESLIE STEWART
                                   Assistant United States Attorney

**SO STIPULATED.**

Dated:        March 6, 2008
                                          /s/
                                   RICHARD TAMOR
                                   Attorney for Defendant Ross

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE
CR 06-00637 SBA                                  2

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the pretrial conference date of March 18, 2008 and the trial date of March 31, 2008, shall be vacated and the matter continued to April 8, 2008, at 9:00 a.m. for further trial setting. IT IS FURTHER ORDERED that both the March 4, 2008 deadline for filing motions in limine and objections to evidence and the March 11, 2008 deadline for responses to motions shall be vacated. IT IS FURTHER ORDERED that the time from March 6, 2008 through April 8, 2008, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: 3/11/, 2008

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Court