WILLIAM H. Du BOIS, ESQ.
TRABACK, Du BOIS & IKUMA
1611 Telegraph Ave., Suite 1100
Oakland, California 94611
Telephone (510) 835 - 8005
Facsimile  (510) 444-1369
whdubois@mindspring

RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
GARY ROSS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.** CR-06-00637 SBA |
| Plaintiffs, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| **GARY ROSS,** | |
| Defendant, | |

U.S. v. Ross, CR-06-00637 SBA STIPULATION AND PROPOSED ORDER

1

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. A status conference in this matter is currently scheduled for 9 a.m. on Tuesday, April 8, 2008.

2. The parties request that this hearing be continued until 9 a.m. on Tuesday, April 22, 2008, in order to provide counsel for the government and defendant with additional time to determine a mutually agreeable trial date as well as to allow defendant's counsel an opportunity to determine whether additional pretrial motions are necessary in light of recent Ninth Circuit case law.

3. Defendant Ross' counsel has been, and is presently, engaged in a lengthy murder trial in Department 9 of the Alameda County Superior Court (*People v. Hans Reiser,* No. 154852) and will not be available for the status conference on April 8, 2008. Defendant Ross' counsel believes that this trial will be completed (or at least have been submitted to the jury) and he will be ready to proceed with a status conference in this matter on April 22, 2008.

4. Thus, the parties respectfully request that the Court find that the time period from April 8, 2008, to April 22, 2008, is excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the

U.S. v. Ross, CR-06-00637 SBA STIPULATION AND PROPOSED ORDER

defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defendant and defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 4, 2008                    _____/S/_____
                                        By:  ANDREW HUANG
                                        Assistant United States Attorney
                                        Attorney for United States of America

Dated: April 4, 2008                    _____/S/_____
                                        TAMOR & TAMOR
                                        BY:  RICHARD TAMOR
                                        Attorneys for Defendant
                                        Gary Ross

U.S. v. Ross, CR-06-00637 SBA STIPULATION AND PROPOSED ORDER

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled April 8, 2008, status conference hearing is vacated. A status conference hearing is now scheduled for 9:00 a.m. on April 22, 2008.

2. The time period from April 8, 2008, to April 22, 2008, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny the defendant continuity of counsel and unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. ~~The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.~~ SBA

DATED: April __8__, 2008          _____*Saundra B. Armstrong*_____
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT COURT JUDGE

U.S. v. Ross, CR-06-00637 SBA STIPULATION AND PROPOSED ORDER

4