**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY WAYNE ROSS,

    Defendant.

Case No. 06-00637 SBA

**ORDER**

[Docket Nos. 74, 75, 76, 77, 78, 79, 80, 81, 82]

On July 8, 2008, the Court held a pretrial hearing in this matter. For the reasons stated on the record during the hearing, the Court hereby ORDERS as follows: (1) the Government's motion in limine to preclude defendant from offering expert testimony [Docket No. 74] is DENIED without prejudice as to Dr. Werboff and Mr. Vilfer; a hearing on the motion as to Dr. Herriot is set for July 14, 2008 at 10:00 a.m.; (2) the Government's motion in limine to preclude defendant from offering defendant's out of court statements through other witnesses [Docket No. 75] is DENIED without prejudice; (3) the Government's motion in limine to admit evidence of flight [Docket No. 76] is DENIED without prejudice; (4) the Government's motion in limine to admit inextricably intertwined pornographic evidence and notice of potential F.R.E. 404(b) evidence [Docket No. 77] is DENIED without prejudice; (5) the Government's unopposed motion in limine precluding improper reference to potential punishment, precluding unsupported argument, and requiring reciprocal discovery [Docket No. 78] is GRANTED; (6) the Government's motion in limine to deny defendant's request for jury instruction on entrapment and to preclude argument or comments suggesting that defendant was entrapped [Docket No. 79] is DENIED without prejudice; (7) the Defendant's motion in limine to exclude sexual images [Docket No. 80] is GRANTED; (8) the Defendant's motion in limine to exclude evidence of internet perusal of erotic reading material [Docket No. 81] is DENIED without prejudice; and (9) the Defendant's motion in limine to exclude all versions of chat text [Docket No. 82] is DENIED without prejudice.

1   IT IS SO ORDERED.

2   Dated  7/11/08                              *Saundra B Armstrong*
                                                Saundra Brown Armstrong
3                                               United States District Judge

2