1  TRABACK, Du BOIS & IKUMA
   WILLIAM H. Du BOIS
2  1611 Telegraph Ave., Suite 1100
   Oakland, CA 94611
3  Telephone: (510) 835-8005
   Facsimile:  (510) 444-1369
4  web: www.TrabackDuBois.com

5  TAMOR & TAMOR
   RICHARD A. TAMOR
6  1901 Harrison, 9th Floor
   Oakland, CA 94612
7  Telephone:  (510) 874-4170
   Facsimile:   (510) 874-4174
8  web: www.TamorLaw.com

9  Attorneys for Defendant GARY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  CR-06-00637 SBA (WDB) |
| Plaintiff, | |
| vs. | **APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33(b)(2); ORDER** |
| GARY ROSS, | |
| Defendant. | |

Defendant GARY ROSS  respectfully requests an extension of time to file a Motion for New Trial under Federal Rule of Criminal Procedure 33(b)(2).

1. On Monday, July 28, 2008, Gary Ross was found guilty of violating 18 U.S.C. § 2422(b).  Sentencing is currently scheduled for October 21, 2008.  Under Federal Rule of Criminal Procedure 33(b)(2), "[a]ny motion for new trial . . . must be filed within 7 days after the

1  verdict or finding of guilty, or within such further time as the court sets during the 7-day period."
2  The Motion for New Trial in this matter is therefore due on Monday August 4, 2008.

3      2.  The defense believes that there are significant issues that should be raised in a Motion
4  for New Trial, and in order to fully and fairly present these issues to the Court, and to provide
5  effective assistance of counsel under the Sixth Amendment to the United States Constitution, the
6  defense will need to order, review, and analyze the trial transcript in this matter.  Moreover,
7  given the Court's unavailability in August to rule on a Motion for New Trial, the government
8  will not be prejudiced by this Court granting an extension of time to file a Motion for New Trial.

9      3.  I have communicated with Assistant United States Attorney Andrew S. Huang, the
10  prosecutor assigned to this matter, about Mr. Ross' request for an extension of time to file a
11  Motion for New Trial and AUSA declined to stipulate to such an extension of time.  I am
12  therefore filing this Application for Extension of Time to File a Motion for New Trial.

13      4.  For all these reasons, I would respectfully request an extension of time to file a
14  Motion for New Trial to September 9, 2008, with any Opposition to be filed on September 23,
15  2008, any Reply to be filed on September 30, 2008, and the Hearing on the Motion for New
16  Trial to be heard on October 7, 2008.

18  Dated: July 30, 2008

    Respectfully Submitted,
    TAMOR & TAMOR

20  _____/s/_____
By: Richard A. Tamor, Esq.
Attorneys for Defendant,
Gary Ross

24  ///
25  ///

27  Application for Extension of Time to File Motion for New Trial
28  *US v. Gary Ross*, 06-00637 SBA

ORDER

FOR GOOD CAUSE SHOWN,

Defendant's APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 33(b)(2) is GRANTED.

Mr. Ross is ORDERED to file a Motion for New Trial on September 9, 2008. The Government shall file an opposition September 23, 2008. Any Reply shall be filed on September 30, 2008. A hearing on the motion shall be held on October 21, 2008.

Dated: August 4, 2008

_____
Hon. Saundra B. Armstrong
United States District Court Judge

Application for Extension of Time to File Motion for New Trial

*US v. Gary Ross*, 06-00637 SBA