**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00637 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| | [Docket Nos. 129, 130] |
| GARY WAYNE ROSS, | |
| Defendant. | |

The Court, having before it the Defendant's retroactive Application for Order Permitting Oversize Brief for Motion for New Trial [Docket No. 129] and the parties' stipulation and request to AMEND the scheduling order of August 4, 2008 [Docket No. 130], HEREBY GRANTS Defendant Leave to File the Oversize Brief and ORDERS that the Government shall file any opposition to the Defendant's Motion for New Trial no later than October 21, 2008. The defendant shall not file a reply brief.

The Court FURTHER ORDERS that the hearing on the motion and the Judgment and Sentencing are CONTINUED from October 21, 2008, to November 18, 2008, at 11:00 a.m. Pursuant to 18 U.S.C. § 3161(h)(1)(F), the ends of justice are served by excluding time between October 21, 2008 and November 18, 2008, to allow for delay resulting from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.

IT IS SO ORDERED.

October 1, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28