WILLIAM H. Du BOIS, ESQ.
TRABACK, Du BOIS & IKUMA
1611 Telegraph Ave., Suite 1100
Oakland, California 94611
Telephone (510) 835 - 8005
Facsimile  (510) 444-1369
whdubois@mindspring

RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
GARY ROSS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  CR-06-00637 SBA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER FOR EXONERATION OF |
| | ) | BOND FOR DEFENDANT GARY |
| | ) | WAYNE ROSS |
| | ) | |
| GARY ROSS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

On July 28, 2008, Mr. Ross was convicted in the above entitled matter and remanded into custody.  In connection with his release before he was convicted, Mr. Ross and his wife Lynne Anderson posted their home located at 2501 Harrison Street, #2, San Francisco, CA 94110 as real property security for Mr. Ross's pre-trial release.

Because Mr. Ross has been convicted and is currently in custody, and because Mr. Ross's wife is unsure that she can continue to make the mortgage payments alone and may need to put the property up for sale, Mr. Ross hereby requests that the Court order the Reconveyance of the Deed of Trust for the the property posted as bond.

Dated: October 30, 2008

Respectfully Submitted, and Stipulated
TRABACK, Du BOIS, & IKUMA


_____/s/_____
By: William H. Du Bois, Esq.
Attorneys for Defendant,
Gary Ross


Dated:  October 30, 2008

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
By:  Keslie A. Stewart
Assistant United States Attorney
Attorney for the United States

## <u>ORDER</u>

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, that the Clerk of the Court is instructed to provide to Mr. Ross or his wife Lynne Anderson, or Mr. Ross's attorneys, an executed copy of the full reconveyance for the property located at 2501 Harrison Street, #2, San Francisco, CA 94110, attached as Exhibit A.


**IT IS SO ORDERED.**

DATED:   November  20 , 2008

Honorable Saundra B. Armstrong
United States District Court Judge

EHXIBIT A

Recording Requested By:

**Lynne Anderson**

When recorded mail document to:

NAME **Lynne Anderson**

ADDRESS **2501 Harrison, #2**

CITY

STATE & ZIP **San Francisco, CA 94110**

APN NO. **4147-036**

Above Space for Recorder's Use Only

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

Whereas, ___Gary W. Ross and Lynne K. Anderson, Husband and Wife,_____ was the Original

Trustor,___Richard K. Weiking_____, the original

Trustee, and___Richard K. Weking_____,

Original beneficiary, under that certain Deed of Trust dated___October 9, 2006_____

and recorded___October 12, 2006_____as Instrument No.___2006-I269321_____

Book___J244_____Page___404_____, Official Records of the County of ___San Francisco,___

___City of San Francisco, and_____State if California and

WHEREAS, the undersigned present beneficiary desires to substitute a new Trustee under said Deed of
Trust in place and instead of ___Richard K. Weiking_____.

Now therefore, the undersigned hereby substitutes himself/herself/themselves as Trustee under said Deed of Trust and does
hereby reconvey, without warranty, to the person or persons legally entitled hereto, the Estate now held by him thereunder.
Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers
includes the plural.

The undersigned hereby accepts said appointment as trustee under the above deed of trust, and as successor trustee, and
pursuant to the request of said owner and holder and in accordance with the provisions of said deed of trust, does hereby
RECONVEY WITHOUT WARRANTY, TO THE PERSONS LEGALLY ENTITLED THERETO, all the estate now held by it under
said deed of trust.

_____

BENEFICIARY / NEW TRUSTEE

Dated:_____

STATE  OF  CALIFORNIA

COUNTY OF _____} SS.

ON_____before  me,_____  a  Notary  Public,
personally appeared _____who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**                    **NOTARY SEAL**

Signature _____