WILLIAM H. Du BOIS, ESQ.
TRABACK, Du BOIS & IKUMA
1611 Telegraph Ave., Suite 1100
Oakland, California 94611
Telephone (510) 835 - 8005
Facsimile (510) 444-1369
whdubois@mindspring

RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
GARY ROSS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  <br> ) <br> Plaintiffs,  ) <br> ) <br> vs.  ) <br> ) <br> ) <br> **GARY ROSS,**  ) <br> ) <br> Defendant,  ) <br> ) | **Case No.** CR-06-00637 SBA <br><br> *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND MOTION TO TO ALLOW DEFENDANT TO PROCEED *IN FORMA PAUPERIS* OR ALTERNATIVELY TO BE APPOINTED COUNSEL ON APPEAL; [PROPOSED] ORDER |

///

///

TO: JOSEPH P. RUSSUNEILLO, UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA; ASSISTANT UNITED STATES ATTORNEYS, ANDREW S. HUANG AND KESLIE STEWART AND GARY WAYNE ROSS:

PLEASE TAKE NOTICE that Richard A. Tamor and William H. Du Bois will and hereby do move *ex parte* to withdraw as counsel of record for Mr. Gary Wayne Ross and further move to allow the defendant to proceed *In Forma Pauperis*.

This *Ex Parte* motion is made on the following grounds:

1. On December 15, 2008, this Court sentenced Mr. Ross to 78 months in custody, a $5,000 fine, and 10 years of supervised release.

2. Defendant, GARY WAYNE ROSS, had retained Richard A. Tamor and William H. Du Bois up to and through trial and sentencing in this matter but not through an appeal.

3. Defendant, GARY WAYNE ROSS, has not retained undersigned counsel for the appeal in this matter.

4. On December 17, 2008, undersigned counsel filed an *Ex Parte* Motion to Withdraw as Counsel (Docket # 145).

5. Since As of today's date the Court has not ruled on the Motion to Withdraw as Counsel and the Defendant's Notice of Appeal was due on January 5, 2009, undersigned counsel filed a *Pro Se* Notice of Appeal on Mr. Ross' behalf.

6. Based on information and belief, GARY WAYNE ROSS, does not have the financial means to retain appellate counsel, to pay for the U.S. Court of Appeals Docket Fee, or any other fees.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: January 13, 2009 | TAMOR & TAMOR |
|  | _____/s/_____ |
|  | By: Richard A. Tamor, Esq. |
|  | _____/s/_____ |
|  | William H. Du Bois, Esq. |
|  | Attorneys for Defendant, |
|  | Gary Ross |

## ORDER

FOR GOOD CAUSE SHOWN,

Defense Counsel, Richard A. Tamor's and William H. Du Bois's *Ex Parte* Motion to be relieved as counsel and Motion to Proceed *In Forma Pauperis* or Alternatively to Be Appointed Counsel is GRANTED.

[Mr. Ross is referred to the Magistrate for appointment of counsel on appeal.

Dated: January  15 , 2009

_____
 Hon. Saundra B. Armstrong
 United States District Court Judge

WILLIAM H. Du BOIS, ESQ.
TRABACK, Du BOIS & IKUMA
1611 Telegraph Ave., Suite 1100
Oakland, California 94611
Telephone (510) 835 - 8005
Facsimile (510) 444-1369
whdubois@mindspring

RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
GARY ROSS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No.** CR-06-00637 SBA |
| ) | |
| Plaintiffs, ) | DECLARATION OF RICHARD A. |
| ) | TAMOR IN SUPPORT OF *EX PARTE* |
| vs. ) | MOTION TO WITHDRAW AS |
| ) | COUNSEL AND MOTION TO |
| ) | ALLOW DEFENDANT TO PROCEED |
| ) | *IN FORMA PAUPERIS* |
| **GARY ROSS,** ) | |
| ) | |
| Defendant, ) | |
| ) | |

///
///

U.S. v. Ross, CR-06-00637 SBA DECL. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

1

I, Richard A. Tamor, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I have personal knowledge of the matters set forth herein except as to those matters based on information and belief.

2. I, along with William H. Du Bois, are attorneys of record for defendant Gary Wayne Ross.

3. Mr. Ross retained me and Mr. Du Bois to represent him through trial and sentencing but not for an appeal.

4. On December 15, 2008, this Court sentenced Mr. Ross to 78 months imprisonment, 10 years of supervised release, and a $5,000 fine.

5. Mr. Ross has not retained either me or Mr. Du Bois to represent him in any possible appeal in this matter.

6. I have talked to Mr. Ross about the cost of my and/or Mr. Du Bois' continued representation of him in this matter, and he has indicated that neither he nor his family has the financial means to retain either of us for continued to represention for an appeal. Mr. Ross has also indicated that he does not have the ability to pay the Court of Appeals Docketing Fee or any other fee.

7. In addition, Mr. Ross agrees that I and Mr. Du Bois ought to be relieved as counsel of record and requests to proceed *In Forma Pauperis* or alternatively be appointed counsel on appeal.

8. I am informed and believe that Mr. Ross qualifies for appointed counsel pursuant to the Crimnal Justice Act.

U.S. v. Ross, CR-06-00637 SBA DECL. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

2

9. This motion is not sought for purposes of delay and neither the Defendant's right to an appeal nor the United States will be prejudiced if this *ex parte* motion is granted.

10. I have researched my duties and obligations prior to withdrawing from this matter, and I have complied with all applicable California Rules of Professional Conduct.

11. I have specifically complied with California Rule of Professional Conduct Rule 3-700(A)(2) in that I took all reasonable steps to avoid reasonably foreseeable prejudice to the rights of Mr. Ross.

12. On December 17, 2008, I filed an an *ex parte* motion to withdraw as counsel because a notice of appeal in this matter is due within 10 days of the entry of the judgment of this matter. As of this date, the Court has not ruled on that motion.

13. On January 5, 2009, because the Court had nor ruled on the *Ex Parte Motion to Withdraw* as counsel, I filed a *Pro Se* Notice of Appeal on behalf of Mr. Ross. A docketing fee of $455 is now due. Mr. Ross does not have the ability to pay that fee or any other fee.

14. On Janauary 8, 2009, I received a notice from the Ninth Circuit Court of Appeals stating that dismissal proceedings will be commenced within 10 days of the filing of the Notice of Appeal if the docketing fee is not paid.

13. For all these reasons, Richard A. Tamor and William H. Du Bois respectfully request permission to withdraw as defendant's counsel in this action and request that Mr. Ross be allowed to proceed *In Forma Pauperis* or alternatively be appointed counsel on appeal.

U.S. v. Ross, CR-06-00637 SBA DECL. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Oakland, California, this 13th Day of January, 2009.

Dated: January 13, 2009 /s/ Richard A. Tamor

**Richard A. Tamor**

U.S. v. Ross, CR-06-00637 SBA DECL. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

4